Strafford,
Dec. 3, 1925.

FLORENCE E. WOLCOTT, *by her next friend, v.*
WILLIAM E. FELLOWS *& a.*

ELEANOR C. WOLCOTT, *by her next friend, v.*
WILLIAM E. FELLOWS *& a.*

CASE, for negligence, the plaintiffs sustaining injuries in a collision with an automobile owned by the defendant Fellows and driven by the defendant Stroth. Trial by jury. The plaintiffs excepted to a nonsuit in favor of Fellows. Transferred by *Sawyer*, J.

*Snow & Cooper*, for the plaintiffs.

*Felker & Gunnison*, for Fellows.

*George T. Hughes*, for Stroth.

*Per Curiam.* Upon the evidence it was for the jury to say whether Stroth was driving the car at the time of the collision as Fellows'

agent or as a bailee. The arrangement between them was one of agency if it was for Stroth to endeavor to sell a car for Fellows, and one of bailment if Stroth's undertaking to sell was only his own, and not Fellows', affair. There being evidence of Stroth's negligence, the order is

*Exception sustained.*

SNOW, J., did not sit.